## 3786. BYRD *v.* THE STATE.

POWELL, J.　1. Under all the circumstances, the court did not err in overruling the motion for a continuance.

2. Where the defendant, though under illegal arrest at the time, consents to be searched, and the search discloses that he has hidden upon his person stolen property, evidence of the discovery of the property in this manner is admissible against him in a prosecution for the larceny. *Williams* v. *State,* 100 *Ga.* 511 (28 S. E. 624, 39 L. R. A. 269).

3. Under the evidence, the court properly confined the issue to the count in the indictment which charged larceny from the house.

4. The evidence fully authorized the conviction; and no material error appears.　　　　　　　　　　　　　　　　　　　*Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Accusation of larceny; from city court of Blackshear—Judge Milton.　October 12, 1911.

*James R. Thomas,* for plaintiff in error.

*S. F. Memory, solicitor,* contra.

---

## 3787. WHIPPLE *v.* THE STATE.

HILL, C. J.　1. On the trial of an accusation in a city court, the solicitor, after the accused had been arraigned and the jury stricken and sworn, but before any evidence was introduced, made a formal amendment to the accusation, which was not then objected to by the accused. Subsequently, when testimony was offered to prove the truth of the amendment, the accused objected to the evidence, and then made an oral demurrer to the amendment to the accusation. *Held,* the objection to the amendment came too late. If good at all, the objection should have been interposed when the amendment was offered, and not delayed until after testimony had been offered in support of the allegation covered by the amendment. The delay in making the objection to the amendment operated as a waiver thereof.

2. The objections made to rulings on the admissibility of evidence are without merit. No error of law appears, and the verdict is fully supported by the evidence.　　　　　　　　　　　　*Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Accusation of discharging pistol on highway; from city court of Dublin—Judge Hawkins.　September 23, 1911.

*R. Earl Camp,* for plaintiff in error.

*George B. Davis, solicitor,* contra.